EDWARD F. MANEELY, Doing Business as JOHN MANEELY COMPANY, and Others, Respondents, v. EDWARD O. SEIFFERT and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

INTERNATIONAL TRUSTEE FOR THE PROTECTION OF BONDHOLDERS, Respondent, v. NELSON D. JAY, Appellant, Impleaded with Others.— Order dated January 29, 1936, in so far as appealed from, and the order dated February 28, 1936, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Dore, JJ.

UMBERTO TACCHINO, Appellant, v. BANCA COMMERCIALE ITALIANA TRUST COMPANY, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SPEAR SECURITIES CORPORATION, Respondent, v. GOLBRO REALTY CORPORATION, Appellant, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of BANKERS TRUST COMPANY, as Trustee of the Trust Created under and by Paragraph Second of the Last Will and Testament of WILLIAM A. ROBINSON, Deceased, for ANNA E. ROBINSON. ST. JOSEPH'S FRENCH CATHOLIC HOSPITAL and THE CHILDREN'S AID SOCIETY, Appellants; LEONARD HULL SMITH and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LEWIS and LOUIS MANDELL, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARIA ALBANO and MICHELE ALBANO, Respondents, v. JOHN BENVENUTO, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

PROGRESSIVE DRUG Co., INC., and SAMUEL HAGLER, Respondents, v. SOL HIRSCH, Appellant, Impleaded with Another.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of VINCENT P. CALVELLI and Others, Respondents, for a Peremptory Order of Mandamus against MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK and Others, Appellants.— Order unanimously modified by excluding salary accrued previous to March 5, 1935, the date of the final order reinstating the petitioners, and as so modified affirmed, without costs. (See *Matter of Barmonde* v. *Kaplan*, 266 N. Y. 214; *Matter of Mullane* v. *McKenzie*, 269 id. 369.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.